Case: 1:26-mj-00039
Assigned To: Judge Sharbaugh, Matthew J.
Assign. Date: 2/26/2026
Description: COMPLAINT W/ARREST WARRANT

# STATEMENT OF OFFENSE

***December 7, 2025 Shooting***

On December 7, 2025, at 5:45 a.m., I, Metropolitan Police Department ("MPD") Third District Detective Assante Thomas ("your affiant"), was working on the daywork tour of duty when a radio transmission was broadcast over the Third District radio zone. The radio transmission was from Officer Robert Jimenez, who was working the midnight tour of duty under the callsign 3011M. Officer Jimenez reported hearing gunshots coming from 14th & U Streets, NW. As Officer Jimenez canvassed on U Street, he discovered a single male ("CW") lying on the ground. Officer Jimenez examined the CW and stated that he saw two gunshot wounds—on the back and left buttock. Additional officers responded to the scene to assist with the investigation, and your affiant responded to the scene as well.

The crime scene was in front of the BUNKER DC nightclub, located on 2001 14th Street, NW, close to the 14th & U Street intersection. Upon arriving at the scene, your affiant spoke to Officer Jimenez, who was the first officer on scene. Officer Jimenez informed your affiant that he was on patrol traveling westbound on the 1100 block of U Street, NW, and heard several gunshots. Officer Jimenez then discovered the CW lying face-first on the ground, directly in front of 1301 U Street, which was vacant.

Officer Jimenez immediately began to render first aid to the CW. While doing so, Officer Jimenez saw three apparent gunshot wounds on the CW—on the back, left foot and left buttock. Officer Jimenez called for D.C. Fire and Emergency Medical Services. Medics responded to the scene and transported the CW to Medstar Washington Hospital Center. Soon afterwards, Detectives Stephen Nyakaana Blair and Justice Chaplin arrived on scene to assist with the

investigation. Detective Nyakaana Blair canvassed the surrounding area and spoke to a witness ("W-1").

W-1 stated that IT was standing outside of the BUNKER club working as a security guard when IT observed a fight occurring inside McDonald's across the street. W-1 stated that the CW and SUSPECT-1 walked out of the McDonald's while still arguing. W-1 stated that the CW then began running towards a Metro bus while being followed by SUSPECT-1. W-1 stated that SUSPECT-1 was holding an unknown object in his hand. W-1 stated that IT thought the object was a gun, so IT walked down the stairs to the club's door. W-1 explained that IT then heard two to three gunshots. W-1 stated that when IT went to see what had happened, IT observed the CW lying on the ground suffering from a gunshot wound. W-1 stated that SUSPECT-1 was a black male wearing a puffer jacket.

Detective Chaplin spoke to two additional witnesses ("W-2" and "W-3"). W-2 stated that IT was driving Bus 3222 on Route C53 when IT stopped at a red light at 14th and U Streets, NW, heading westbound. W-2 stated that IT observed the CW and SUSPECT-1 running from the McDonald's towards the bus. W-2 stated that the CW ran to the bus door and exclaimed, "Please let me in!" W-2 stated that he could not allow the CW to enter the bus. SUSPECT-1 simultaneously arrived as the CW was trying to get on the bus and stated to the CW something to the effect of, "I was just playing with you." W-2 stated that after SUSPECT-1 said those words to the CW, SUSPECT-1 started shooting at the CW. W-2 stated that IT then pulled through the intersection and parked. While parked, and after the shooting, SUSPECT-1 walked past W-2, heading westbound on the 1400 block of U Street towards 15th and U Streets. W-2 stated that IT attempted to flag down officers as they were driving to the scene, but the officers did not see IT.

W-3 described SUSPECT-1 to be a black male about 5'8" in height, with a skinny build, and wearing a black bubble coat and blue jeans. W-3 stated that IT was working security at the BUNKER club when IT saw the CW and SUSPECT-1 fighting across the street near the McDonald's. W-3 stated that the CW and SUSPECT-1 appeared as if they knew each other and kept returning to a white Dodge Charger that was parked in front of the Taco Bell, located at 1412 U Street. W-3 stated that the person driving the Charger eventually pulled off and left the CW and SUSPECT-1 fighting each other. W-3 stated that the CW appeared to be the aggressor because he kept escalating the situation and returning. W-3 stated that SUSPECT-1 pulled a gun out and started shooting at the CW. The CW and SUSPECT-1 ran towards the bus, at which time W-3 went for cover and heard additional gunshots. At this point, your affiant has not been able to confirm whether W-3 saw the CW and SUSPECT-1 physically or verbally fighting.

While on scene gathering additional information, a Metro Transit Officer approached your affiant and informed him that there was a Metro bus that captured the entire offense on video. Your affiant was directed to Metro Bus 3222, which was operating on the C53 route. Your affiant was assisted by a Metro Transit Crime Scene Officer, who was able to extract the footage and show it to your affiant and Detective Chaplin. The metro bus video showed two views—a "forward facing camera" view, which captured a full-face view of SUSPECT-1, and a "curbside rearward camera" view, which captured the offense.

The video footage showed as follows. At 5:45:31, SUSPECT-1 walked in front of the bus, with his face fully visible. At 5:45:35, the CW ran away from SUSPECT-1, going eastbound on 14th Street. SUSPECT-1 ran after the CW, raising both arms in a shooting position. SUSPECT-1 then discharged several rounds in the direction of the CW. Muzzle flashes from the gun were visible. The video footage showed that SUSPECT-1 was a black male, with a dark skin

complexion, wearing a black hooded sweatshirt, light colored pants (possibly gray in color), and white shoes. SUSPECT-1 fled on foot, going westbound past 14th and U Street.

**Figure 1. A still image of SUSPECT-1'S face.**

**Figure 2. SUSPECT-1 raising his hands in a shooting position.**

Figures 1 and 2, which came from the Metro bus's video footage were used to create a "Be on the Lookout" ("BOLO") bulletin to identify SUSPECT-1.

Detective William Lee then responded to MedStar Washington Hospital Center, where he met with Officer German Pichardo-Rosado and interviewed the CW. The interview was recorded

by Officer Pichardo-Rosado's body-worn camera ("BWC"). The CW stated that he was at a McDonald's, intending to order food, but could not specify the location of the establishment. When asked about the incident, the CW was either unable or unwilling to provide details. When asked about SUSPECT-1 or the number of individuals involved in injuring him, the CW did not provide any information. The nurse who was treating the CW reported that the CW sustained multiple gunshot wounds to his lower back and left upper foot.

Thereafter, Department of Forensic Sciences ("DFS") Forensic Scientist Cindy Frederick, operating under the callsign CSU 75, arrived to process the crime scene. While on the scene with Forensic Scientist Frederick, your affiant learned that nine cartridge casings were recovered, all of which were .40 caliber Smith & Wesson casings. Your affiant also noted the location of each individual casing. Three of the nine shell casings were located in front of a Subway restaurant and the BUNKER DC night club on the street, the fourth was in the middle of the street in close proximity to 1352 U Street, the fifth was in front of 1353 U Street, the sixth and seventh were in front of 1351 U Street, and the eighth and ninth were in front of 1338 U Street.

On Monday, December 8, 2025, your affiant arrived at the Medstar Washington Hospital Center to speak with the CW regarding the offense that occurred. The nursing staff informed your affiant that the CW was at risk of being removed from the hospital due to his disruptive and disrespectful behavior towards the staff. During the interview the CW refused to provide any information to identify SUSPECT-1. The CW informed your affiant that the offense occurred in front of McDonald's on 14th Street and said to review the cameras there.

Your affiant pointed out that the CW was captured on camera running away from SUSPECT-1 in front of the BUNKER club. Further, your affiant explained that several witnesses saw the CW going to a white Charger and speaking to another male individual. The CW, however,

declined to provide additional information and specifically stated, "I'm not going to incriminate that man." Your affiant attempted to convince the CW to provide more information, explaining that the CW could have suffered more significant injuries or become permanently disabled, but the CW refused to answer any more questions. Prior to leaving, your affiant left his business card and the case report numbers with the CW.

On December 8, 2025, Third District Detective Oliver Eligado responded to the McDonald's on 14th Street to obtain video footage from inside the lobby. Detective Eligado attempted to obtain footage by speaking with one of the managers, but no managers were available at the time. Detective Eligado provided the establishment with his business card and requested to be contacted. That same day, Detective Eligado attempted to contact a McDonald's representative to request footage.

The next day, on December 9, Detective Eligado was able to contact the McDonald's representative. On December 17, the representative forwarded video, which shows SUSPECT-1 and the CW physically fighting, to Detective Eligado. From the video, Detective Eligado completed an updated BOLO for SUSPECT-1.

**Figure 3. SUSPECT-1's still photos from the BOLO.**

**Figures 4 (left) and 5 (right). Figure 4 provides a full body photo of SUSPECT-1 and his clothing. Figure 5 shows SUSPECT-1's facial hair.**

As seen in Figures 1, 2, 3, 4 and 5, the males from the video footage from the McDonald's video and the Metro Bus video footage had consistent facial features, facial hair and clothing.

Your affiant reviewed the updated BOLO and recognized SUSPECT-1 as Anfernee BROWN. Your affiant also recognized that the clothing worn by BROWN inside the McDonald's immediately prior to the shooting was the same clothing SUSPECT-1 was seen wearing in the Metro bus video. Your affiant personally encountered BROWN on May 22, 2019, during which BROWN was arrested. On May 22, 2019, your affiant was working as a Fifth District patrol officer and received a call for a robbery at 1516 Isherwood Street, NE. Your affiant was the primary unit on that scene, and assisted detectives locate and apprehend BROWN. Specifically, your affiant provided detectives information regarding BROWN and his last known address. Ultimately, your affiant located, directly confronted, and, with the assistance of other patrol officers, detained and arrested BROWN on the 300 block of 18th Street, NE, following a foot pursuit.

***December 8, 2025 Firearm Offense***

On December 16, 2025, MPD Lieutenant Zeb Barcus became aware that a comparison of recovered cartridge casings from December 7, 2025 shooting discussed above resulted in a

National Integrated Ballistic Information Network lead between the December 7, 2025 shooting (Central Complaint Number ("CCN") 25184452) and a firearm offense that occurred on December 8, 2025, at 3847 Minnesota Avenue, NE, Washington, D.C. (CCN 25185575).

On December 8, MPD Officer Conner Johnson recovered a .40 caliber Smith & Wesson M&P pistol, with serial number HMN8367, from the customer area (specifically on a chip rack) of a convenience store located at 3847 Minnesota Avenue. Officer Johnson recovered the pistol (which was captured on BWC) after he and several other officers entered the store, which prompted several unidentified individuals to exit the store. Immediately after recovering the pistol, Officer Johnson reviewed closed-circuit television ("CCTV") footage provided by a store employee that captured one of the individuals ("SUSPECT-2") placing the pistol on the chip rack moments before the officers entered the store.

**Figures 6 (left) and 7 (right). CCTV footage still of SUSPECT-2. In Figure 6, SUSPECT-2 is seen placing the firearm (circled in green) on the chip rack. In Figure 7, SUSPECT-2 is circled in orange.**

BWC footage from Officer Michael Ackah recorded SUSPECT-2 as he exited the store. Based on the CCTV footage, and the timing of the officers' entry into the store, there was no opportunity for anyone else to have placed or removed an item from the shelf where the pistol was recovered. The images of the SUSPECT-2 who placed the .40 caliber pistol on the chip rack were used to create a BOLO.

**Figure 8. Pictures used in SUSPECT-2's BOLO.**



**Figure 9. A full body photo of SUSPECT-2 and his clothing.**



Your affiant believes that SUSPECT-2 is also BROWN. SUSPECT-1 and SUSPECT-2 have matching haircuts, facial features, facial hair, and stature. Furthermore, both SUSPECT-1 and SUSPECT-2 appear to be wearing identical jackets—black hooded bubble coats with a gray logo on the left sleeve—and identical sneakers—white sneakers with a strap over the tongue of the sneakers and gray coloring in the same area.

**Comparison of Figures 3 (from December 7, 2025) and 8 (from December 8, 2025). SUSPECT-1 and SUSPECT-2 have identical black bubble coats with a gray logo on their left sleeves and identical hairstyles and moustaches.**



**Comparison of Figure 5 (from December 7, 2025) and the blown-up photo in Figure 8 (from December 8, 2025). SUSPECT-1 and SUSPECT-2 have identical beards.**



**Comparison of the sneakers in Figure 4 and Figure 9. The straps and grey coloring on the tongue are visible in both figures.**

On December 19, 2025, Lieutenant Barcus emailed the December 7, 2025 and December 8, 2025 BOLOs to 4th District Detective Ryan Tran. Detective Tran has been investigating a robbery case (CCN 25171462) in which BROWN is the suspect. Detective Tran obtained an arrest warrant for BROWN in that case (2025CRWSLD005032). Detective Tran has also been investigating a stalking case (CCN 25188084) in which BROWN is the suspect. Further, BROWN is also the suspect in a 4th District felony assault investigation (CCN 25180251). This case has been investigated by Detective Ryan Savoy, who obtained a warrant for BROWN's arrest (2025CRSWLD005519).

**Figures 10 and 11. The December 7 BOLO (left) and December 8 BOLO (right).**

ATTEMPT TO IDENTIFY

Prepared By: District Investigations Division

Date Issued: N/A

Person - Assault With A Dangerous Weapon

☒ May Be Armed w/ Gun ☒ Do Not Arrest Based On This Information

| CCN | OFFENSE DATE | OFFENSE LOCATION | OFFENSE TYPE |
|---|---|---|---|
| *25-184-452* | 12/7/25 5:00 AM | 2001 14th St NW, Washington, District of Columbia | Assault With A Dangerous Weapon |

| CONTACT(s) ASSIGNED | REVIEWED BY/ISSUING ELEMENT | WARRANT #s |
|---|---|---|
| Eligado, Oliver ☎202-673-6918 | N/A District Investigations Division | N/A |

Subject

Unknown Name

| PDID | DOB | SSN |
|---|---|---|
| N/A | N/A | N/A |

LKA

DESCRIPTION

N/A

| HEIGHT | WEIGHT | SEX | RACE | EYES | HAIR |
|---|---|---|---|---|---|
| N/A | N/A | Male | Black or African American | N/A | Black |

NOTES

NARRATIVE/ACTION EXPECTED

The Third District Detectives Section is seeking to identify the above depicted suspect, in connection with an ADW Gun (Contact Shooting) that occurred on December 7, 2025, in the 2000 block of 14th St NW, regarding CCN 25184452.

Anyone with information is asked to contact Detective Oliver Eligado at 202-673-6918, or by email at oliver.eligado@dc.gov.

Thanks.

Policing with Purpose. Serving with Care.

LES LAW ENFORCEMENT SENSITIVE | NFP NOT FOR THE PRESS | FOUO FOR OFFICIAL USE ONLY

ATTEMPT TO IDENTIFY

Prepared By: District Investigations Division

Date Issued: 12/16/25 2:23 PM

Person - Assault With A Dangerous Weapon

☐ Armed & Dangerous

| CCN | OFFENSE DATE | OFFENSE LOCATION | OFFENSE TYPE |
|---|---|---|---|
| *25-184-452* | 12/7/25 5:45 AM | 2001 14th Street NW, Washington DC, Unknown | Assault With A Dangerous Weapon |

| CONTACT(s) ASSIGNED | APPROVED BY/ISSUING ELEMENT | WARRANT #s |
|---|---|---|
| Barcus, Zeb ☎202-673-6918 | Barcus, Zeb District Investigations Division | N/A |

Subject

Unknown Name

| PDID | DOB | SSN |
|---|---|---|
| N/A | N/A | N/A |

LKA

DESCRIPTION

N/A

| HEIGHT | WEIGHT | SEX | RACE | EYES | HAIR |
|---|---|---|---|---|---|
| N/A | N/A | Unknown | Unknown | N/A | N/A |

NOTES

- Known Associations: May frequent the Minnesota NE area (specifically the 3800 Block)

NARRATIVE/ACTION EXPECTED

The Third District Detectives Unit is seeking to identify the suspect depicted regarding the ADW Gun (Contact Shooting) that occurred 12/07/2025 at 14th and U St. NW. This suspect may frequent the area of Minnesota Ave NE.

Policing with Purpose. Serving with Care.

LES LAW ENFORCEMENT SENSITIVE | NFP NOT FOR THE PRESS | FOUO FOR OFFICIAL USE ONLY

In his email, Lieutenant Barcus asked Detective Tran, "Do you recognize this suspect." In response to the email, Detective Tran replied, "The second BOLO looks like Mr. Anfernee Brown, PDID 665548. I have an active warrant for Robbery DV case for him." It should be noted that the second BOLO Detective Tran referred to in his email is the one containing the images of SUSPECT-1 inside the McDonald's fighting with the CW immediately prior to the December 7, 2025 shooting. At the time, Detective Tran did not believe the December 8, 2025 BOLO was clear enough for him to make an identification.

There are no firearms or ammunition manufacturers in the District of Columbia. Therefore, the firearms BROWN possessed on December 7, 2025 and 8, 2025, moved in interstate or foreign commerce.

Prior to December 7, 2025, BROWN had three convictions for crimes punishable by imprisonment for a term exceeding one year—D.C. Superior Court docket numbers 2021 CF3 005399, 2019 CF3 006971 and 2017 CF3 007621.

Based on the foregoing, your affiant submits that probable cause exists to charge Anfernee BROWN with violating 18 U.S.C. § 922(g)(1) (unlawful possession of a firearm by a person convicted of a crime punishable by imprisonment for a term exceeding one year), 22 D.C. Code § 402 (Assault with a Dangerous Weapon) and 22 D.C. Code § 4504 (possession of a firearm during a crime of violence) for the December 7, 2025 shooting. Further, your affiant submits that probable cause exists to charge BROWN with violating 18 U.S.C. § 922(g)(1) (unlawful possession of a firearm by a person convicted of a crime punishable by imprisonment for a term exceeding one year) for the December 8, 2025 firearm offense.

DETECTIVE ASSANTE THOMAS
METROPOLITAN POLICE DEPARTMENT

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 26th day of February 2026.*

HONORABLE MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE